**WO**

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>VICENTE GOMEZ-MARQUES,<br><br>          Defendant. | Mag. No. 08-0093M<br><br>**ORDER RE: EXTENDING TIME TO INDICT** |

    The Court, having considered the Motion to Extend Indictment Deadline, there being no objection from the government's attorney, and for the reasons stated therein ,

    IT IS HEREBY ORDERED granting the motion and extending the time within which the government may seek to indict defendant by thirty (30) days.

    THE COURT makes the following findings:

1. Counsel for the defendant has only been recently appointed;
2. The defendant earnestly wishes to consider the plea offer;
3. The defendant wishes to investigate possible defenses prior to considering the plea offer;
4. The government's offer, if accepted by the defendant and then the court, would likely reduce the defendant's exposure to a significant prison term;
5. If the defendant does not timely accept the plea offer prior to indictment, the government will withdraw the offer and any subsequent offer would likely be less

advantageous to the defendant;

6. Failure to extend the time for indictment would thus operate to bar the defendant from reviewing the offer in a meaningful way prior to indictment; and

7. The ends of justice served by this extension outweigh the best interests of the public and the defendant in a speedy indictment.

**IT IS HEREBY ORDERED** that defendant's Motion to Extend Time for Indictment requesting an extension of thirty (30) days within which the government may seek to indict the defendant, is hereby granted.

**IT IS FURTHER ORDERED** that pursuant to the Speedy Trial Act, 18 U.S.C. Section 3161, the Government shall have an extension of thirty (30) days to file a timely indictment. Excludable time shall begin to run on the 31st day after arrest for a period of thirty (30) days in which the government may present the case to the grand jury.

DATED this 2nd day of May, 2008.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge